UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANDRANIK KARAGULYAN,<br><br>        Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. 2:21-cv-07403-SPG-JDE<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the Joint Stipulation of the parties, the records on file, the Report and Recommendation of the assigned United States Magistrate Judge, the Objections to the Report filed by Plaintiff, and the Reply to the Objections filed by Defendant. The Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

      To the extent Plaintiff attempts to raise new arguments in the Objections, the Court declines to formally address these belatedly-asserted

allegations. A district court has discretion, but is not required, to consider evidence or claims presented for the first time in objections to a report and recommendation. *See Brown v. Roe*, 279 F.3d 742, 744-45 (9th Cir. 2002); *see also United States v. Howell*, 231 F.3d 615, 621-22 (9th Cir. 2000). Importantly, Petitioner is represented by counsel in this social security matter and his new arguments are not novel, factors that weigh against the Court's review of tardy arguments. *See Sossa v. Diaz*, 729 F.3d 1225, 1231 (9th Cir. 2013) (district court abuses its discretion when it fails to consider new and "novel" arguments presented by a *pro se* habeas petitioner in objecting to a magistrate judges report and recommendation). Nevertheless, the Court has considered all of Plaintiff's argument as presented in the Objections and find they lack merit.

IT IS THEREFORE ORDERED that Judgment be entered affirming the decision of the Commissioner of Social Security and dismissing this matter with prejudice.

Dated: February 1, 2023

SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE